AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

V.

CITY OF WEST CHICAGO

CASE NUMBER: 08CV2223 EDA

ASSIGNED JUDGE: JUDGE LEINENWEBER
MAGISTRATE JUDGE BROWN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

City of West Chicago
c/o Nancy Smith, City Clerk
West Chicago City Hall
475 Main Street
West Chicago, IL   60185

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

April 18, 2008
_____
Date

State of Illinois

General No.: 08CV2223

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

JILL SANTUCCI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 4/25/2008 at 10:40:00 AM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with City of West Chicago c/o Nancy Smith as shown below:

Served the wihin named City of West Chicago c/o Nancy Smith by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Nancy Smith a person authorized to accept service of process as agent.

Said service was effected at 308 E. Grand Lake Blvd., West Chicago, IL  60185

Description of Person Served Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:
Unable to make personal contact at 475 Main St., W. Chicago, IL

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

4-28-08
Dated

Jill Santucci
117-000192