**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| |
| STREET ADDRESS |
| |
| CITY/STATE/ZIP |
| |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL　　　　APPOINTED COUNSEL

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| William E. Dugan, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 08 CV 2223 |
| v. | ) |
| | ) |
| City of West Chicago, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

To:   Patrick N. Ryan, Esq.
      Baum, Sigman, Auerbach & Newman, Ltd.
      200 W. Adams Street, Ste. 2200
      Chicago, IL 60606

   PLEASE TAKE NOTICE that on the 19th day of May, 2008, we shall file electronically with the Clerk of the Court of the United States District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, Defendant, City of West Chicago's Appearance. A copy of this document is attached hereto and herewith served upon you.

                                          /s/Keith E. Letsche _____
                                          Keith E. Letsche, One of its Attorneys


BOND, DICKSON & ASSOCIATES, P.C. (004)
400 S. Knoll Street, Unit C
Wheaton, IL 60187
(630) 681-1000

## CERTIFICATE OF SERVICE

   The undersigned, an attorney, on oath states: I caused the foregoing Notice of Filing and document(s) referred to therein to be served upon all attorneys of record, as shown, by placing a copy of same in the U.S. Mail at the Wheaton, Illinois, proper postage prepaid on this 19th day of May, 2008.

                                          /s/Keith E. Letsche _____