IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, DAVID SNELTEN, STEVEN M. CISCO, JOHN E. KENNY, JR., DAVID FAGAN, MAMON POWERS, JR., MIKE PIRAINO, GLEN WEEKS, JAMES M. SWEENEY, and MARSHALL DOUGLAS, as Trustees of the MIDWEST OPERATING ENGINEERS WELFARE FUND, | )<br>)<br>)<br>)<br>)CIVIL ACTION  NO. 08 C 2223<br>)<br>) |
| Plaintiffs, | )JUDGE LEINENWEBER<br>) |
| vs. | )MAGISTRATE JUDGE BROWN<br>) |
| CITY OF WEST CHICAGO, | )<br>) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed Plaintiffs' First Amended Complaint on Friday, May 30, 2008 with the Clerk of Court using the CM/ECF system, which will send an e-mail notification of such filing to the following:

Keith E. Letsche
Bond Dickson & Associates, PC
400 S. Knoll Street, Unit C
Wheaton, IL   60187
E-Mail: keithletsche@comcast.net


           /s/   Patrick N. Ryan

Catherine M. Chapman
Beverly P. Alfon
Patrick N. Ryan
Attorneys for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\West Chicago, City of\cert of service 1st amended complaint.pnr.mgp.wpd