IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, DAVID SNELTEN, STEVEN M. CISCO, JOHN E. KENNY, JR., DAVID FAGAN, MAMON POWERS, JR., MIKE PIRAINO, GLEN WEEKS, JAMES M. SWEENEY, and MARSHALL DOUGLAS, as Trustees of the MIDWEST OPERATING ENGINEERS WELFARE FUND, | ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 08 CV 2223 |
| Plaintiffs, | ) ) | JUDGE LEINENWEBER |
| vs. | ) ) | MAGISTRATE JUDGE BROWN |
| CITY OF WEST CHICAGO, | ) ) | |
| Defendant. | ) | |
| CITY OF WEST CHICAGO, | ) ) | |
| Defendant-Counter-Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| WILLIAM E. DUGAN, DAVID SNELTEN, STEVEN M. CISCO, JOHN E. KENNY, JR., DAVID FAGAN, MAMON POWERS, JR., MIKE PIRAINO, GLEN WEEKS, JAMES M. SWEENEY, and MARSHALL DOUGLAS, as Trustees of the MIDWEST OPERATING ENGINEERS WELFARE FUND, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs-Counter-Defendants, | ) ) | |
| and | ) ) | |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, | ) ) ) | |
| Counter-Defendant. | ) | |

1

**DEFENDANT-COUNTER-PLAINTIFF CITY OF WEST CHICAGO'S FIRST AMENDED COUNTER CLAIM**

Defendant-Counter-Plaintiff CITY OF WEST CHICAGO (hereinafter referred to as the "CITY"), pursuant to Rule 13 of the F. Rules of Civ. P., alleges the following as its First Amended Counter-claim (hereinafter referred to as "Amended Counter-claim") against Plaintiffs-Counter-Defendants WILLIAM E. DUGAN, DAVID SNELTEN, STEVEN M. CISCO, JOHN E. KENNY, JR., DAVID FAGAN, MAMON POWERS, JR., MIKE PIRAINO, GLENN WEEKS, JAMES M. SWEENEY, and MARSHALL DOUGLAS, as Trustees (hereinafter referred to as the "TRUSTEES") of the MIDWEST OPERATING ENGINEERS WELFARE FUND (hereinafter referred to as the "FUND"); and Counter-Defendant INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150 (hereinafter referred to as the "UNION") (The "TRUSTEES" and the "UNION" collectively referred to as COUNTER-DEFENDANTS.)

1.  The TRUSTEES have brought an action herein against the CITY allegedly arising under the laws of the United States, pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. Secs. 1132, 1145 (hereinafter referred to as "ERISA"). Jurisdiction of this Amended Counterclaim, accordingly, is based upon the Court's supplemental jurisdiction over related claims under 28 U.S.C. Sec. 1367(a).

2.  In this Amended Counter-claim, the CITY seeks, in relation to the action the TRUSTEES have brought herein, a declaration of its obligations to make contributions to the FUND in accordance with a certain "Agreement between City of West Chicago and International Union of Operating Engineers, Local 150, 2005-2009, Agreement Effective Date January 6, 2007" (hereinafter referred to as the "COLLECTIVE BARGAINING AGREEMENT") and, if applicable, ERISA. Accordingly, jurisdiction of this Amended Counter-claim is also based upon 28 U.S.C. Sec. 2201(a).

2. The TRUSTEES are the administrators of the FUND for members of the UNION.

3. The TRUSTEES have alleged that the FUND is an "employee welfare benefit plan" and "plan" within the meaning of ERISA and that they are the acting fiduciaries thereof.

4. The UNION is a collective bargaining organization representing certain employees of the CITY pursuant to the COLLECTIVE BARGAINING AGREEMENT. As a party to the COLLECTIVE BARGAINING AGREEMENT with the CITY, the UNION is a necessary party to this Amended Counter-claim because the CITY cannot be accorded the relief sought herein in the absence of the UNION as a party hereto. The UNION, accordingly, is joined as a counter-defendant pursuant to Rule 19 (a) (1) of the F. Rules of Civ. P.

5. The CITY is obligated to make employee benefit contributions to the FUND in accordance with the COLLECTIVE BARGAINING AGREEMENT.

6. Article XI, INSURANCE, of the COLLECTIVE BARGAINING AGREEMENT provides in pertinent part:

> In lieu of coverage under the City's health, prescription, vision, dental, life insurance, and flexible spending plans, effective July 1, 2005, and throughout the term of the Parties Collective Bargaining Agreement, all bargaining unit employees shall be eligible to participate in the Midwest Operating Engineers, Local 150 Health and Welfare Fund (hereinafter referred to as "UNION'S PLAN") without exclusion on the basis of active working status, hospital confinement, work conditions either treated or untreated prior to the effective date of coverage.

7. For such coverage, the CITY is required by Article XI of the COLLECTIVE BARGAINING AGREEMENT to make certain monthly payments as specified.

8. In accordance with Article XI, INSURANCE, the CITY is required to make such contributions for bargaining unit employees "on the basis of active working status."

9. The CITY has made, and is current, in all of the monthly payments required by Article XI and, if applicable, ERISA.

10. The TRUSTEES have demanded, and now, through this action have, sought to compel the CITY to make contributions to the FUND for bargaining unit employees on a basis different from that set forth in Article X1.

11. Further, the TRUSTEES have credited contribution payments by the CITY to the FUND to certain bargaining unit employees for periods that they were not on "active working status", resulting in an over payment for those employees.

12. The TRUSTEES' attempt to compel to the CITY to make contributions to the FUND for bargaining unit employees on a basis not set forth in Article X1, and crediting contribution payments by the CITY to the FUND to certain bargaining unit employees not on the basis of "active working status" is inconsistent with the COLLECTIVE BARGAINING AGREEMENT.

13. The TRUSTEES actions set forth in paragraph 12 are a violation of ERISA.

14. The CITY is entitled to a credit from the TRUSTEES for the amount of all CITY contribution payments to the FUND which the TRUSTEES have credited to bargaining unit employees for periods that such employees were not on "active working status".

WHEREFORE, Defendant-Counter-Plaintiff, the CITY OF WEST CHICAGO prays that judgment be entered:

  a. Declaring, pursuant to 28 U.S.C. Sec. 2201 (a), the obligations of the CITY to make, and the TRUSTEES to apply, benefit contribution payments required of the CITY under the COLLECTIVE BARGAINING AGREEMENT and, if applicable, ERISA.

  b. Crediting the CITY with all amounts paid to the FUND by the CITY which the TRUSTEES have misapplied to bargaining unit employees not

4

        on active working status with the CITY.

c.     awarding the CITY its reasonable attorney's fees and costs of action, as authorized by ERISA, 29 U.S.C. §1132(g)(1), incurred in bringing this Amended Counter-claim.

d.     For such other and further relief to which the CITY is entitled.

        Respectfully Submitted:

        CITY OF WEST CHICAGO

        *Keith E. Letsche*
        Keith E. Letsche, One of its attorneys

Keith E. Letsche
Bond, Dickson & Associates, P.C.
400 S. Knoll Street, Unit C
Wheaton, IL 60187
(630) 681-1000
ARDC No. 06180988

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | CIVIL ACTION NO. 08 CV 2223 |
| Plaintiffs, | ) | JUDGE LEINENWEBER |
| vs. | ) | MAGISTRATE JUDGE BROWN |
| CITY OF WEST CHICAGO, | ) | |
| Defendant, | ) | |

| | |
|---|---|
| CITY OF WEST CHICAGO, | ) |
| Defendant-Counter-Plaintiff, | ) |
| vs. | ) |
| WILLIAM E. DUGAN, et al., | ) |
| Plaintiff-Counter-Defendant, and | ) |
| INTERNATIONAL UNION OF OPERATING ENGINEERING, LOCAL 150, | ) |
| Counter-Defendant. | ) |

## NOTICE OF FILING

To:  Patrick N. Ryan, Esq.             Karl E. Masters, Esq.
     Baum, Sigman, Auerbach & Newman, Ltd.   Legal Department
     200 W. Adams Street, Ste. 2200     International Union of Operating
     Chicago, IL 60606                  Engineers, Local 150
                                        6140 Joliet Rd.
                                        Countryside, IL 60525

   PLEASE TAKE NOTICE that on the 22nd day of August, 2008, we shall file electronically with the Clerk of the Court of the United States District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, Defendant-Counter-Plaintiff City of West Chicago's First Amended Counter Claim pursuant to Rule 15 (a) (1) of the F. Rules of Civ. P.

                */s/ Keith E. Letsche* _____
                Keith E. Letsche, One of its Attorneys

### AFFIDAVIT OF SERVICE

   I, the undersigned, an attorney, on oath states:  I caused a true and correct copy of the foregoing Notice of Filing and document(s) referred to therein to be electronically filed (and thereby e-served by the District Court) this 22nd day of August, 2008.

                */s/Keith E. Letsche* _____

Keith E. Letsche
BOND, DICKSON & ASSOCIATES, P.C.
400 S. Knoll Street, Unit C
Wheaton, IL 60187
(630) 681-1000
ARDC No. 06180988